O. GOODHEART, Defendant, Impleaded with ANTHONY PETERS and Another, Appellants.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellants to abide the event, unless plaintiff shall within ten days stipulate to reduce the verdict to the sum of $1,250 as of the date of the rendition thereof, in which event the judgment is modified accordingly and as so modified is affirmed together with the order, without costs of this appeal to either party. All concur.

GEORGE A. ORR, Respondent, v. CHARLES O. GOODHEART, Defendant, Impleaded with ANTHONY PETERS and Another, Appellants.— Judgment and order affirmed, with costs. All concur.

KATHERINE SCHLAGER, Appellant, v. CONTINENTAL WONDER BAKERIES CORPORATION, Respondent.— Judgment and order affirmed, with costs. All concur.

C. I. T. CORPORATION, Appellant, v. CLARENCE PICKARD and Another, Respondents, Impleaded with Another, Defendant.— Judgment and order affirmed, with costs. All concur.

PHILIP LENNON, Respondent, v. DOROTHY M. LENNON, Appellant, and Another, Defendant.— Judgment so far as appealed from affirmed, with costs. All concur.

PHILIP LENNON, Respondent, v. DOROTHY M. LENNON, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.

ALBERT C. WILLSEA, Appellant, v. DENNIS F. KIRBY and Another, Respondents.— Judgment affirmed, with costs. All concur.

STANDARD OIL COMPANY OF NEW YORK, INCORPORATED, Respondent, v. FUNDA SERVICE STATION, INCORPORATED, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.

J. ALBERT McMAHON, Respondent, v. ARCH B. COOK, Appellant.— Judgment and order reversed on the law and the facts and a new trial granted, with costs to the appellant to abide the event on the ground that prejudicial error was committed in the reception in evidence, over defendant's objection and exception, of the testimony of the plaintiff as to what he was told by Dr. Fitch in respect to the necessity for an operation and the description of the operation. This evidence was later struck out on the motion of the plaintiff in whose behalf it had been previously introduced and the jury was instructed to disregard it, but in our opinion the error in receiving this evidence was not cured by striking it out and instructing the jury to disregard it. The plaintiff took the risk of error in insisting upon its admissibility. The impression which the proof must have made on the jury was not so easily eradicated. All concur, except Thompson, J., who dissents and votes for affirmance.

CLARENCE N. MARTIN and Another, Appellants, v. NINA SPRAGUE MILLER and Another, Respondents, Impleaded with Another, Defendant.— Order affirmed, without costs of this appeal to either party. All concur.

ANDREW DRYJA, Respondent, v. JOZEF TWAROZYNSKI and Others, Defendants, and WILSON AND MERGLER, INCORPORATED, Appellant.— Motion for a reargument granted. [See 238 App. Div. 760.]

FRANK ZARNA, Respondent, v. AMERICAN LAUNDRY MACHINERY COMPANY, Appellant.— Motion for stay pending appeal denied upon the ground that under the provisions of section 573 of the Civil Practice Act no stay is necessary.

LOUIS F. ZOLLER, Respondent, v. RAYMOND A. LANDER, Appellant.— Judgment affirmed, with costs. All concur.